**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00544-CV

———————————

**JENNIFER DELGADO, Appellant**

**V.**

**RICHARD H. PHAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1252748**

---

## MEMORANDUM OPINION

Appellant Jennifer Delgado's brief was due to be filed on October 9, 2025. On October 23, 2025, the Court issued a notice informing appellant that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.

P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.